```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

VERONICA MADDY,

                Plaintiff,

    - against -

B&B ITALIA, U.S.A., INC.,

                Defendant.

22-cv-7073(JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for **January 23, 2023 at 12:00 p.m.** is canceled.

SO ORDERED.

Dated:    New York, New York
            January 19, 2023

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                          United States District Judge