大成 DENTONS

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D  +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

March 27, 2023

*This case is stayed until May 11, 2023.*

*So ordered.*

*3/27/23  /s/ J.G. Koeltl*
*U.S.D.J.*

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Maddy v. B&B Italia, U.S.A., Inc.*, Case No. 1:22-cv-07073-JGK

Dear Judge Koeltl:

We represent defendant B&B Italia, U.S.A., Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from March 27, 2023 to May 11, 2023.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:  All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms